UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT VINCENT KING,
    Plaintiff,

vs.                              Case No.:  3:23cv24762/LC/ZCB

ESCAMBIA COUNTY CORRECTIONAL
FACILITY,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 29, 2024. (Doc. 12). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 12) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (Doc. 11) is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

3. The Clerk of Court must enter judgment accordingly and close the case.

**DONE AND ORDERED** this 6th day of May, 2024.

_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**